## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNESTO CHUN REYNOSO,
:
       *Petitioner,*
:
 
:
    v.
:   **CIVIL NO. 26-2619**
 
:
J.L. JAMISON et al.,
:
       *Respondents.*
:
 
:

### ORDER

**AND NOW**, this **22nd** day of **April 2026**, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and pursuant to 28 U.S.C. § 2243, it is hereby **ORDERED** that the Warden of the Federal Detention Center Philadelphia shall, by **April 27, 2026**, **SHOW CAUSE** as to why the Writ of Habeas Corpus should not be granted. It is further **ORDERED** that, in order to ensure prompt compliance with this Order, Petitioner's Counsel shall email promptly the relevant filings in this Action to the following email addresses: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.gov.

BY THE COURT:

**HON. KAI N. SCOTT**
**United States District Court Judge**