## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNESTO CHUN REYNOSO,** | : | |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-2619** |
| | : | |
| **J.L. JAMISON et al.,** | : | |
| *Respondents.* | : | |
| | : | |

**Scott, J.**                                                                    **April 24, 2026**

### MEMORANDUM

Petitioner Ernesto Chun Reynoso filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking immediate release.  ECF No. 1 at 23 [hereinafter Pet.].  Chun Reynoso alleges that his detention by the United States Immigration and Customs Enforcement ("ICE") violates the Immigration and Nationality Act ("INA"), the Administrative Procedure Act, and his Due Process rights.  *Id.* ¶¶ 47–67.

Chun Reynoso is a noncitizen from Guatemala.  Pet. ¶ 1.  He entered the United States in 2014 at the age of 13.  *Id.* ¶ 22.  After he entered the country, Department of Homeland Security officers released him from detention so that he, then a minor, could live with family in Pennsylvania.  *Id.* ¶ 24.  In 2021, Chun Reynoso received Special Immigrant Juvenile Status.  *Id.* ¶ 25.  On April 20, 2026—more than twelve years after Chun Reynoso initially entered the country—ICE took him into custody and did not provide a reason for his detention.  *Id.* ¶ 27.  ICE placed Chun Reynoso in the Philadelphia Federal Detention Center.  *Id.* ¶ 28.

On the Government's view, Chun Reynoso is detained pursuant to 8 U.S.C. § 1225(b)(2), which states that "an alien who is an applicant for admission, if the examining immigration officer

1

determines that an alien seeking admission is not clearly and beyond a doubt entitled to be admitted, the alien shall be detained for a proceeding under section 1229a of this title." *See also* ECF No. 5 at 5–7 [hereinafter Government's Resp.]. Chun Reynoso challenges the Government's interpretation, instead arguing that his detention violates the INA and that the relevant statutory framework is that of § 1226(a). Pet. ¶ 30–37.

The Government argues, unconvincingly, that Chun Reynoso is detained under § 1225(a)(1) and § 1225(b)(2) because he is, on the Government's view, an "applicant for admission." Government's Resp. at 5–6. As the Government acknowledges throughout its briefing, "the law is piled sky high against" it on this issue. *Rios Porras v. O'Neill*, 2025 WL 3708900, at *2 (E.D. Pa. Dec. 22, 2025) (also collecting cases); *see also* Government's Resp. at 2, 6 (noting that "all judges in this District (and many more elsewhere) have reasoned that § 1225(b)(2)(A) requires that, to fall within its scope, an 'applicant for admission' be actively 'seeking admission' *at or near the border*.") (original emphasis). Moreover, Chun Reynoso has been in the United States for well over a decade, which strains credulity to consider him an "arriving alien" as the Government insists. *See, e.g.*, *Bhatia v. O'Neill*, 2025 WL 3530075, at *2 (E.D. Pa. Dec. 9, 2025) ("The unambiguous plain meaning of an 'applicant for admission' who is 'seeking admission' is a noncitizen at a port of entry seeking to cross into the United States, not one who has already resided in the United States."). Accordingly, the Court rejects the Government's argument that § 1225 applies here.

For the same reasons given in *Kashranov v. Jamison* and *Demirel v. Fed. Det. Ctr. Philadelphia*, this Court holds that Chun Reynoso's detention violates the INA. 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025); *see also Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *Cantu-Cortes v. O'Neill*, 2025 W 3171639 (E.D. Pa.

Nov. 13, 2025); *Centeno Ibarra v. Warden of the Fed. Det. Ctr. Philadelphia*, 2025 WL 3294726 (E.D. Pa. Nov. 25, 2025).

This Court therefore grants Chun Reynoso's request for immediate release, given that his detention under 8 U.S.C. § 1225(b)(2) violates the INA and a bond hearing is unnecessary because nothing in the record suggests that Chun Reynoso is a harm to the community or a flight risk. Moreover, ICE is enjoined from detaining Chun Reynoso under 8 U.S.C. § 1226(a) for seven days following his release.